USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
M.S., ET AL.,
                            Plaintiffs,

            -against-

NYC DEPARTMENT OF EDUCATION,

                           Defendants.
------------------------------------------------------------X

19 Civ. 11371 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      The Court has been informed that the remaining parties have reached a settlement in principle in this case. Accordingly, it is ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending deadlines and conferences are CANCELED.

      The parties may file the Stipulation of Settlement and Proposed Order of Dismissal even after this docket is closed.

Dated: March 24, 2020
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE